# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1618
LT Case No. 2016-CF-001752

_____

DAVID ADAM MARIOTTI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

David Adam Mariotti, Jasper, pro se.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____